UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MEDICI<br><br>*Plaintiff,*<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>*Defendant.* | Case No.: 7:18-cv-00261(NSR)<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY stipulated and agreed by and between Plaintiff Anthony Medici and Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the within matter is dismissed with prejudice by Plaintiff as to Experian, and that each such Party agrees to bear its own fees, costs, and expenses incurred in the Lawsuit.

Dated: December 4, 2018

*/s/ Adam G. Singer*

Adam G. Singer
**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
212.842.2428
*Attorneys for Plaintiff Anthony Medici*

*/s/ Amanda Leigh Dollinger*

Amanda Dollinger
**JONES DAY**
250 Vesey Street
New York, NY 10281
adollinger@jonesday.com
212.326.3475
*Attorneys for Defendant Experian Information Solutions, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2018

Dated: Dec. 7, 2018

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE